SARAH C. L. READ, as Executrix of FRANK B. READ, Deceased, Appellant, *v.* NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Read* v. *N. Y. C. & H. R. R. R. Co.*, 165 App. Div. 910, affirmed.
(Argued December 4, 1916; decided December 28, 1916.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 6, 1915, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of the

defendant. The deceased received the injuries resulting in his death in a collision between an automobile in which he was riding and one of defendant's trains at a highway crossing of defendant's railroad in Van Cortlandt park, New York city.

*Stephen C. Baldwin, George W. Weiffenbach* and *Charles E. Mahony* for appellant.

*Robert A. Kutschbock* and *Charles C. Paulding* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ. Dissenting: POUND, J. Absent: WILLARD BARTLETT, Ch. J.